IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; BENNY BIRD COMPANY, INC.; ARC MUSIC CORP.; EMI BLACKWOOD MUSIC INC.; TOKECO TUNES; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; STILL WORKING FOR THE MAN MUSIC, INC.; TURN ME ON MUSIC; SHOWBILLY MUSIC; BUZZARD ROCK MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; SONGS FROM THE ENGINE ROOM; WARNER/CHAPPELL MUSIC INC. d/b/a SOUTHSIDE INDEPENDENT MUSIC PUBLISHING; KICKIN GRIDS MUSIC; COMBUSTION III LLC d/b/a INTERNAL COMBUSTION MUSIC; SONGS OF THE CORN; AGAINST THE WIND PUBLISHING, *Plaintiffs,* <br><br> v. <br><br> 'CAFE' CABANA AND SHOVELHEAD SALOON, LLC a/k/a CAFÉ CABANA AND SHOVELHEAD SALOON, LLC d/b/a CAFÉ CABANA SHOVELHEAD SALOON; and MORRIS DEAN TROSPER, II; and LIA MARIE TROSPER, each individually, <br><br> *Defendants.* | Case No. 2:18-cv-2100 <br><br> Hon. Colin S. Bruce <br><br> Mag. J. Eric I. Long |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs respectfully respond to the Order to Show Cause entered on October 11, 2018, as follows:

1.   This action for copyright infringement was filed against corporate defendant 'Cafe' Cabana and Shovelhead Saloon, LLC ("the Corporate Defendant") and individual

defendants Morris Dean Trosper, II and Marie Trosper ("the Trosper Defendants") on April 6, 2018. (ECF 1.)

2. The Trosper Defendants were served with summons and a copy of the Complaint on April 20, 2018. (ECF 8, 9.) Their response to the Complaint was due on May 11, 2018. (*Id.*) The Corporate Defendant was served with summons and a copy of the Complaint on April 23, 2018. (ECF 7.) Its response to the Complaint was due on May 14, 2018. (*Id.*) No response to the Complaint has been filed by any of the Defendants.

3. On May 22, 2018, Mr. Trosper reached out directly to a BMI representative to discuss the case. Upon learning of this communication, counsel for Plaintiffs called Mr. Trosper by telephone to discuss the case. Mr. Trosper stated that he had not retained counsel to represent him or any of the Defendants in this action. Counsel for Plaintiff discussed the terms of a settlement offer with Mr. Trosper.

4. On May 24, 2018, counsel for Plaintiffs and Mr. Trosper had another telephone conversation to discuss the settlement offer. Mr. Trosper stated again that he had not retained counsel to represent him or any of the Defendants in this action.

5. On May 29, 2018, counsel for Plaintiffs emailed a copy of the BMI Music License for Eating and Drinking Establishments ("the EDE License") and provided information regarding the EDE License. Counsel for Plaintiffs asked Mr. Trosper whether he had been able to engage counsel to represent the Defendants in this action.

6. On May 31, 2018, Mr. Trosper responded by email requesting guidance with the EDE License and stating that he had "an attorney on stand by [sic] if [he] can not [sic] work it out on [his] own, which is what [he'd] rather do."

7.	Between June 7 and October 8, 2018, counsel for Plaintiffs and Mr. Trosper have had ongoing discussions regarding the EDE License and the other terms of the settlement offer. The parties have been unable to make any meaningful progress toward reaching an agreement on the EDE License and the additional terms of the settlement offer. The parties' positions are so far apart that further settlement talks appear pointless.

8.	In view of the foregoing, good cause exists to vacate the Order to Show Cause and not dismiss the case for want of prosecution.

9.	Plaintiffs propose that the Court set an early deadline for Defendants to file an answer to the Complaint. If Defendants fail to file an answer by that deadline, Plaintiffs further propose that the Court enter default against all Defendants under Rule 55(a) of Federal Rules of Civil Procedure and set a deadline for Plaintiffs to apply for a default judgment under Rule 55(b)(2).

THEREFORE, Plaintiffs respectfully request that the Court vacate the Order to Show Cause and enter an Order setting an early deadline for Defendants to file an answer to the Complaint and entering a default against each Defendant that fails to meet that deadline.

Dated: October 24, 2018                           Respectfully submitted,

*/s/ Gilberto E. Espinoza*

Charles A. Laff
Gilberto E. Espinoza
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street, Suite 3200
Chicago, Illinois  60606
T: 312.222.0800; F: 312.222.0818
calaff@michaelbest.com
geespinoza@michaelbest.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October 2018, a copy of the foregoing document was filed electronically with the Court's CM/ECF system and was served on the following persons as indicated below.

| | |
|---|---|
| Café Cabana and Shovelhead Saloon<br>12 S. College Street<br>Danville, IL 61832 | ☐ Via CM/ECF Service<br>☒ Via First Class Mail<br>☒ Via E-mail:<br>   mlgenesisclean@gmail.com |
| Morris Dean Trosper II<br>Lia Marie Trosper<br>15066 Catlin Tilton Rd.,<br>Danville, IL 61834 | ☐ Via CM/ECF Service<br>☒ Via First Class Mail<br>☒ Via E-mail:<br>   mlgenesisclean@gmail.com |

*/s/ Gilberto E. Espinoza*
Gilberto E. Espinoza